IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| JANICE PELTIER,<br><br>    Plaintiff,<br><br>v.<br><br>WAYPOINTS SAINT THOMAS, LLC,<br>CONSTANTINE BAKAS, indidually and<br>COSTAR SALING, LLKC,<br><br>    Defendants. | CASE NO. 3:23-cv-00031 |
| COSTAR SALING, LLC,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>GUARDIAN GENERAL INSURANCE LIMITED,<br><br>    Third-Party Defendant. | |
| WAYPOINTS SAINT THOMAS, LLC,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>GUARDIAN GENERAL INSURANCE LIMITED,<br><br>    Third-Party Defendant. | |

**MEDIATION REPORT**

Pursuant to the Court Order for Mediation, a zoom mediation conference was held on the 9th day of December 2024.

The following were present:

 ✓ 1. All Plaintiffs.

 ✓ 2. Plaintiff's trial counsel.

**Mediation Report**
**Page Two**
Janice Peltier v. Waypoints Saint Thomas, LLC, Constantine Bakas, individually and Costar Sailing, LLKC
Case No. 3:23-cv-00031

✓ 3. If Plaintiff is not an individual, the representative who appeared had total authority.

✓ 4. All Defendants.

✓ 5. Defendant's trial counsel.

✓ 6. If Defendant is not an individual, the representative who appeared had total authority.

The result of the mediation conference is as follows:

✓ The conflict has been completely resolved. The parties are submitting a Stipulation Agreement and/or Notice of Dismissal.

*[handwritten: 5 1/4 hrs expended in mediation]*

___ The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:

___ The parties have reached a total impasse, all issues require Court action.

___ The matter has been recessed for further mediation.

___ Other:

DATE: 12/16/24
AMERICAN MEDIATION INSTITUTE

James S. Carroll, Esq.
Mediator
P.O. Box 9811
St. Thomas, VI 00801
340-514-6482
jcarroll3@msn.com

Distribution:
Michael Sheesley, Esq.
Christopher Kroblin, Esq.
Jacob Gower, Esq.
John Golden, Esq.