**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| JANICE PELTIER,<br>        Plaintiff,<br>v.<br>WAYPOINTS, ST. THOMAS, LLC,<br>CONSTANTINE BAKAS, INDIVIDUALLY,<br>AND COSTAR SAILING, LLC,<br><br>        Defendants. | Case No.:  3:23-cv-00031-RAM-GAT |

COSTAR SAILING, LLC,
        Third-Party Plaintiff,
v.
GUARDIAN    GENERAL    INSURANCE
LIMITED,
        Third-Party Defendant.

WAYPOINTS SAINT THOMAS, LLC,
        Third-Party Plaintiff,
v.
GUARDIAN    GENERAL    INSURANCE
LIMITED,
        Third-Party Defendant.

## STIPULATION OF DISMISSAL OF WAYPOINTS THIRD-PARTY CLAIMS

**COMES NOW** Third-Party Plaintiff Waypoints Saint Thomas, LLC ("Waypoints") and

Third-Party Defendant Guardian General Insurance Limited ("Guardian"), by and through their

undersigned Counsel, and hereby stipulate to and agree to the dismissal of the third-party

complaint filed by Waypoints (D.E. # 72), without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of

the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: January 9, 2025

/s/ Christopher Allen Kroblin
**CHRISTOPHER ALLEN KROBLIN, ESQ.**
**MARJORIE WHALEN, ESQ.**
V.I. Bar Nos. 966 & R2019
KELLERHALS FERGUSON KROBLIN PLLC
Royal Palm Professional Bldg. 9053
Estate Thomas, Suite 101 St. Thomas,
USVI 00802
Telephone: (340) 779- 2564
Facsimile: (888) 316-9269
Email: ckroblin@kellfer.com
mwhalen@kellfer.com

Dated: January 6, 2025

**FIELDS HOWELL LLP**
/s/ John P. Golden
Gregory L. Mast
VI Bar No.: R2093
John P. Golden
VI Bar No.: R2084

9155 S. Dadeland Blvd.
Suite 1012
Miami, FL 33156
786.870.5604 (Telephone)
855.802.5821 (Facsimile)
gmast@fieldshowell.com
jgolden@fieldshowell.com
*Counsel for Defendant, Guardian General*
*Insurance Limited*

*Peltier v. Waypoints et al.*                                                                    *Case No. 3:23-cv-31*
Stipulation of Dismissal                                                                          Page **3** of **3**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on January 9, 2025, I electronically filed the foregoing

**STIPULATION OF DISMISSAL OF WAYPOINTS THIRD-PARTY CLAIMS**, with the

Clerk of the Court using the CM/ECF system, which gives notification of such filing (NEF) to the

following:

Michael Sheesley, Esq.
Michael L. Sheesley, PC
P.O. Box 307728
St. Thomas, V.I. 00803
michael@sheesley-law.com
*Counsel to Janice Peltier*

C. Jacob Gower, Esq.
GOWER LEGAL LLC
1919 Pine Street, New Orleans, LA 70118
P.O. Box 223973, Christiansted, VI 00822
jacob@gowerlegal.com
jamie@gowerlegal.com
(340) 277-2799 / (337) 298-9734
*Counsel to Constantine Bakas & Costar Sailing, LLC*          By: */s/ Christopher Allen Kroblin*