IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **JANICE PELTIER,** ) | |
|         **Plaintiff,** ) | |
| **v.** ) | |
| ) | **CASE NO. 3:23-cv-00031** |
| **WAYPOINTS SAINT THOMAS, LLC,** ) | |
| **CONSTANTINE BAKAS, individually, and** ) | |
| **COSTAR SAILING, LLC.** ) | |
| ) | |
|         **Defendants.** ) | |
| _____ ) | |
| ) | |
| **COSTAR SAILING, LLC.,** ) | |
|         **Third-Party Plaintiff,** ) | |
| **v.** ) | |
| ) | |
| **GUARDIAN GENERAL INSURANCE** ) | |
| **LIMITED,** ) | |
|         **Third-Party Defendant** ) | |
| _____ ) | |
| ) | |
| **WAYPOINTS SAINT THOMAS, LLC.** ) | |
|         **Third-Party Plaintiff,** ) | |
| **v.** ) | |
| ) | |
| **GUARDIAN GENERAL INSURANCE** ) | |
| **LIMITED,** ) | |
|         **Third-Party Defendant** ) | |
| _____ ) | |

**ORDER**

**THIS MATTER** comes before the Court on the following:

1. Stipulation of Dismissal of First-Party Claims, filed by Plaintiff Janice Peltier, Defendants Waypoints Saint Thomas, LLC, Constantine Bakas, Costar Sailing LLC, and Third-Party Defendant Guardian General Insurance Limited (ECF No. 101);

2. Stipulation of Dismissal of Waypoints Third-Party Claims, filed by Third-Party Plaintiff Waypoints Saint Thomas, LLC and Third-Party Defendant Guardian General Insurance Limited (ECF No. 104); and

3. Notice of Dismissal of Third-Party Complaint, filed by Third-Party Plaintiff Costar Sailing LLC (ECF No. 105).

Accordingly, after careful consideration and review of the record in this matter, and in consideration of Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that the Stipulation of Dismissal of First-Party Claims, ECF No. 101, is **APPROVED.** Any and all claims filed by Plaintiff Janice Peltier in the operative complaint and any and all counterclaims filed by Defendants are **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED** that the Stipulation of Dismissal, ECF No. 104, is **APPROVED.** The claims filed by Third-Party Plaintiff Waypoints Saint Thomas, LLC against Third-Party Defendant Guardian General Insurance Limited are **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that the Notice of Dismissal of Third-Party Complaint, ECF No. 105, is **APPROVED.** The claims filed by Third-Party Plaintiff Costar Sailing LLC against Third-Party Defendant Guardian General Insurance Limited are **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that all pending motions are **MOOT.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE** this case.

**Dated: January 14, 2025**  /s/ *Robert A. Molloy*
                              **ROBERT A. MOLLOY**
                              **Chief Judge**